UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00057-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| CHRISTOPHER CORNELIUS DANIELS, | ) | |
| Defendant | ) | |

This matter is before the court on defendant's motion to reconsider defendant's unopposed motion to continue sentencing. For good cause shown, the motion is ALLOWED. Sentencing is CONTINUED to 31 October 2011.

This 21 September 2011.

_____
W. Earl Britt
Senior U.S. District Judge