UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00057-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER CORNELIUS DANIELS | ) | |

This matter is before the court on defendant's motion to seal his sentencing memorandum. Because the document contains detailed information regarding defendant's assistance to authorities and contains sensitive information, the motion is ALLOWED.

This 3 November 2011.

_____
W. Earl Britt
Senior U.S. District Judge